JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA H., ) | Case No. SACV 19-1622-JPR |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| ANDREW SAUL, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming his final decision and dismissing the action is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: March 26, 2021

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE